UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:21-02068-TLN-CKD |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT |
| JOHN DOE subscriber assigned IP address 73.90.214.58, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby ORDER AND ADJUDGE:

Plaintiff's application is granted. Plaintiff shall have up to and including April 8, 2022 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED**.

Dated: February 8, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8stri1105.eot